May 1, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00068-CV

ANTHONY NORMAN, Appellant

V.

ASHLEY JANAK, BOBBY LUMPKIN, BRYAN COLLIER, MARGARITA THOMAS, ROCKY MOORE, AND TAMMY SHELBY, Appellees

This cause, an appeal from the judgment in favor of appellees, Ashley Janak, Bobby Lumpkin, Bryan Collier, Margarita Thomas, Rocky Moore, and Tammy Shelby, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered May 1, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.